# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Candaisy Griffith, | |
| Plaintiff, | |
| v. | Civil Action No.: |
| | 1:13-cv-00022-WBH-ECS |
| Valentine & Kebartas, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: July 31, 2013

    Respectfully submitted,

    /s/  Cara Hergenroether, Esq.
    Georgia No.: 570753
    Attorney for Plaintiff Candaisy Griffith
    LEMBERG & ASSOCIATES L.L.C.
    1400 Veterans Memorial Highway
    Suite 134, #150
    Mableton, GA 30126
    Telephone: (855) 301-2100 ext. 5516
    Facsimile:   (888) 953-6237
    Email:
    chergenroether@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2013, a true and correct copy of the foregoing Notice of Settlement was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

                                      /s/ Cara Hergenroether
                                      Georgia Bar No. 570753
                                      Attorney for Plaintiffs

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424