# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Candaisy Griffith,<br><br>  Plaintiff,<br>v.<br><br>Valentine & Kebartas, Inc.; and DOES 1-10, inclusive,<br><br>  Defendants. | Civil Action No.:<br>1:13-cv-00022-WBH-ECS |

## PLAINTIFF CANDAISY GRIFFITH'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff Candaisy Griffith, through counsel, hereby withdraws the complaint and voluntarily dismisses this action with prejudice.

Dated: November 8, 2013

                                                  Respectfully submitted,

                                                  /s/  Sergei Lemberg, Esq.
                                                  Sergei Lemberg
                                                  Attorney for Plaintiff Candaisy Griffith
                                                  LEMBERG & ASSOCIATES L.L.C.
                                                  1100 Summer Street, 3rd Floor
                                                  Stamford, CT 06905
                                                  Telephone: (203) 653-2250
                                                  Facsimile: (203) 653-3424

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2013, a true and correct copy of the foregoing Notice Of Voluntary Dismissal With Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

                                                /s/ Sergei Lemberg
                                                Sergei Lemberg
                                                Attorney for Plaintiffs

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424