UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Candaisy Griffith,

            Plaintiff,

v.

Valentine & Kebartas, Inc.; and DOES 1-10, inclusive,

            Defendants.

Civil Action No.:
1:13-cv-00022-WBH-ECS

*Entered as dismissed pursuant to Rule 41(a)(l)(i)(ii), F.R.C.P.*

*James N. Hatten, Clerk*
*By: [signature]*
*Deputy Clerk*

### PLAINTIFF CANDAISY GRIFFITH'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff Candaisy Griffith, through counsel, hereby withdraws the complaint and voluntarily dismisses this action with prejudice.

Dated: November 8, 2013

            Respectfully submitted,

           /s/ Sergei Lemberg, Esq.
           Sergei Lemberg
           Attorney for Plaintiff Candaisy Griffith
           LEMBERG & ASSOCIATES L.L.C.
           1100 Summer Street, 3rd Floor
           Stamford, CT 06905
           Telephone: (203) 653-2250
           Facsimile: (203) 653-3424

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2013, a true and correct copy of the foregoing Notice Of Voluntary Dismissal With Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

/s/ Sergei Lemberg
Sergei Lemberg
Attorney for Plaintiffs

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424